## RETURN OF SERVICE

**State of Florida**  **County of SOUTHERN**  **District Court**

Case Number: 1:20-CV-21468-UU

Plaintiff:
**MOYAL WELLNESS CENTER, LLC**
vs.
Defendant:
**FAST FUND PROS LLC**

For: KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT

Received by Caplan, Caplan & Caplan Process Servers on the 14th day of April, 2020 at 3:48 pm to be served on **FAST FUND PROS LLC C/O INTERSTATE AGENT SERVICES, LLC, 501 SILVERSIDE ROAD, SUITE 102, WILMINGTON, DE 19809**. I, _LAWRENCE DUGAN_, do hereby affirm that on the _20th_ day of _April_, 20_20_ at _12:45_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, REQUEST FOR RELIEF, JURY DEMAND, EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(✓) CORPORATE SERVICE/LLC: By serving _ROXANNE SMITH_ as _RECEPTIONIST_ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) CORPORATE REGISTERED AGENT: By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) CORPORATE REGISTERED AGENT EMPLOYEE : By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081 (3)(a) and F.S. 48.091 as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) CORPORATE SUBSTITUTE: By serving _____ as _____ Served the named person at a residence by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _ROXANNE SMITH, Authorized to Accept, CAUCASIAN FEMALE, 55 YEARS OLD, 160 lbs., 5'6" WITH BROWN HAIR._

## RETURN OF SERVICE For 1:20-CV-21468-UU

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

*[signature]*

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2020012391
Ref: 10277-26

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| Moyal Wellness Center, LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>Fast Fund Pros LLC, a Delaware Limited Liability Company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-21468<br>)<br>) DATE 4/20/2020 TIME 12:45 p.m.<br>)<br>)<br>) INITIAL LD   BADGE# N/A<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fast Fund Pros LLC
c/o Interstate Agent Services, LLC
501 Silverside Road, Suite 102
Wilmington, Delaware 19809

10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Tropin, Esq.
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
One W. Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Angela E. Noble**
CLERK OF COURT

Date: APR 13 2020

*Signature of Clerk or Deputy Clerk*

File # 7-26
1027 Blue Marble

12391