UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-21468-UU

MOYAL WELLNESS CENTER, LLC,

    Plaintiff,

v.

FAST FUND PROS LLC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 9. The Court having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 10th day of July, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record